```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```

RONALD T. DOTY,

    Plaintiff,

vs.                                  No. 10-2292-STA-tmp

STRUCTURAL WATERPROOFING &
RESTORATION, LLC,

    Defendant.

```
                  ORDER CORRECTING THE DOCKET
                              AND
            ORDER TO ISSUE AND EFFECT SERVICE OF PROCESS
```

On April 19, 2010, Plaintiff Ronald T. Doty, a resident of Memphis, Tennessee, filed a _pro se_ complaint pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e _et seq._, accompanied by a motion seeking leave to proceed _in forma pauperis_. The Court issued an order on May 7, 2010, granting leave to proceed _in forma pauperis_. The Clerk shall record the defendant as Structural Waterproofing & Restoration, LLC.[1]

It is ORDERED that the Clerk shall issue process for Defendant and deliver that process to the marshal for service.[2] Service shall be made on Defendant pursuant to Fed. R. Civ. P. 4(h)(1). All costs of service shall be advanced by the United States.

---

[1] The Clerk is directed to correct the docket to reflect Defendant's correct name, which is taken from Plaintiff's charge of discrimination.

[2] Process shall be addressed to Defendant's owner, Mike Kennedy, and mailed to 355B Cumberland Street, Memphis, TN 38112.

It is further ORDERED that Plaintiff shall serve a copy of every document filed in this cause on the attorneys for Defendant. Plaintiff shall make a certificate of service on every document filed. Plaintiff shall familiarize himself with the Federal Rules of Civil Procedure and this Court's local rules.

Plaintiff shall promptly notify the Clerk of any change of address or whereabouts. Failure to comply with these requirements, or any other order of the Court, may result in the dismissal of this case without further notice.

IT IS SO ORDERED this 29th day of June, 2010.

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE